No. 9261. STATE OF MONTANA, ex rel. EMMA TRUNKLE, as Administratrix of the Estate of John W. Trunkle, deceased, RELATOR, *v.* DISTRICT COURT of the EIGHTH JUDICIAL DISTRICT, in and for the County of Cascade, and Honorable C. F. HOLT, as Judge thereof, RESPONDENTS.
252 Pac. (2d) 1048.

Decided January 22, 1953.

*Messrs. Murch & Wuerthner,* and *Mr. John P. Wuerthner,* Great Falls, for relator.

Per Curiam.

It is ordered that relator's petition and the writ therein applied for be denied.